```
1  BENJAMIN B. WAGNER
   United States Attorney
2  Dominique N. Thomas
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2891
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:11-CR-00427 LKK |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER SCHEDULING STATUS OF COUNSEL HEARING IN EASTERN DISTRICT OF CALIFORNIA |
| MICHAEL KENNEDY, et al., ) | |
| Defendants. ) | |

On September 28, 2011, defendant Michael Kennedy was charged in the Eastern District of California with conspiracy to commit wire fraud and money laundering. Defendant Kennedy was arrested in the Southern District of Florida and initially appeared before a magistrate judge in that district on October 6, 2011. On October 20, 2011, Kennedy waived his right to a removal hearing, and Magistrate Judge Robert L. Dube ordered defendant Kennedy to appear before the court in the Eastern District of California.

///
///
///
///
///

1

The parties stipulate that defendant Kennedy shall appear before a Magistrate Judge Gregory G. Hollows in the Eastern District of California for a status of counsel hearing on November 28, 2011 at 2 p.m.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: November 10, 2011      By:   /s/ Dominique Thomas
_____
DOMINIQUE N. THOMAS
Assistant U.S. Attorney

DATE: November 10, 2011            /s/ D'Arsey Houlihan
_____
D'ARSEY HOULIHAN, III
Attorney for Michael Kennedy

**IT IS SO ORDERED.**

DATED: November 10, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1:crim
kennedy0427.stipord-statushearing.wpd

2