1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL M. THOMAS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | CASE NO. CR S 2:11-0427 LKK

12 |              Plaintiff,             | STIPULATION AND ORDER
                                         | TO SET STATUS CONFERENCE AND ARRANGE
13 |              v.                     | TRANSPORT BY THE UNITED STATES
                                         | MARSHAL SERVICE
14 | MICHAEL KENNEDY,

15
                Defendant.
16

17

18     The United States of America through its counsels of record, Benjamin B. Wagner, United States

19 Attorney for the Eastern District of California, and Jill M. Thomas, Assistant United States Attorney and

20 Michael Kennedy, through his counsel of record Dina Santos, stipulate and agree that a status

21 conference be set for July 22, 2014, and that Mr. Kennedy be transported from his residence in Florida

22 to Sacramento, California to appear before this Court for this status conference.

23

24     Dated: July 9, 2014                          BENJAMIN B. WAGNER
                                                    United States Attorney
25

26

27

28

       Stipulation and Order                        1

Dated:  July 9, 2014              /s/ Jill M. Thomas
                                  JILL M. THOMAS
                                  Assistant United States Attorney

Dated:  July 9, 2014              /s/ Dina Santos
                                  DINA SANTOS
                                  Attorney for defendant Michael Kennedy

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is hereby ordered that:

1. A status conference for defendant Michael Kennedy is set for July 22, 2014 at 9:15 a.m.
2. The United States Marshal Service shall transport defendant Michael Kennedy from his residence in Florida to Sacramento, California to appear before this Court at the status conference on July 22, 2014.

Dated: July 9, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order                   2