BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>        v.<br><br>MICHAEL KENNEDY,<br><br>               Defendant. | CASE NO.  CR S 2:11-0427 LKK<br><br>ORDER<br><br>CANCELING TRANSPORT BY<br>UNITED STATES MARSHAL SERVICE |

**ORDER**

It is hereby ordered:

The United States Marshal Service does not need to transport defendant Michael Kennedy from his residence in Florida to Sacramento, California to appear before this Court at the status conference on July 22, 2014.  Mr. Kennedy has a waiver of appearance on file.

The previous order for transport dated July 9, 2014 is hereby cancelled.

DATED: July 21, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1