1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  428 J Street, Suite 359
   Sacramento, CA 95814
3  Telephone:  (916) 447-0160
   Facsimile:   (916) 447-2988

4

5  Attorney for:
   MICHAEL KENNEDY

6

   IN THE UNITED STATES DISTRICT COURT
7
   EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,                CASE NO.  2:11-CR-427-TLN
10
                            Plaintiff,       STIPULATION REGARDING EXCLUDABLE
11                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
                                             FINDINGS AND ORDER TO CONTINUE CASE
           v.                                TO JANUARY 14, 2016
12
   MICHAEL KENNEDY
13                          Defendant.

14
                              **STIPULATION**
15
           Plaintiff United States of America, by and through its counsel of record, and Defendant Michael
16
   Kennedy, represented by Attorney Dina Santos, hereby stipulate as follows:
17
           1.      By previous order, this matter was set for status on August 27, 2015.
18
           2.      By this stipulation, defendant now moves to continue the status conference until January
19
   14, 2016, at 9:30 a.m., and to exclude time between August 27, 2015, and January 14, 2016, under Local
20
   Code T4.  Plaintiff does not oppose this request.
21
           3.      The parties agree and stipulate, and request that the Court find the following:
22
           a)      Counsel for defendants desire additional time to review discovery, continue to
23
   conduct investigation, and to otherwise prepare for trial.  Over 80,000 pages of discovery have
24
   been provided to date, along with thousands of pages of transcripts from related trials.
25
           b)      Counsel for defendants believe that failure to grant the above-requested
26
   continuance would deny them the reasonable time necessary for effective preparation, taking into
27
   account the exercise of due diligence.
28

1    c)    The government does not object to the continuance.

2    d)    Based on the above-stated findings, the ends of justice served by continuing the

3 case as requested outweigh the interest of the public and the defendant in a trial within the

4 original date prescribed by the Speedy Trial Act.

5    e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

6 et seq., within which trial must commence, the time period of August 27, 2015, to January 14,

7 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

8 T4] because it results from a continuance granted by the Court at defendant's request on the basis

9 of the Court's finding that the ends of justice served by taking such action outweigh the best

10 interest of the public and the defendant in a speedy trial.

11    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

12 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

13 must commence.

14

15    IT IS SO STIPULATED.

16

17

18 Dated:  August 24, 2015                          BENJAMIN B. WAGNER
                                                    United States Attorney
19

20                                                   /s/ Jill Thomas
                                                    JILL THOMAS
21                                                  Assistant United States Attorney

22

23

24 Dated:  August 24, 2015                           /s/   Dina L. Santos
                                                    DINA SANTOS, ESQ.
25                                                  Attorney for Michael Kennedy

26

27

28

1

2

**ORDER**

IT IS SO FOUND AND ORDERED this 25th day of August, 2015.

Troy L. Nunley
United States District Judge