Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
MICHAEL KENNEDY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL KENNEDY<br>                    Defendant. | CASE NO.  2:11-CR-427-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 2/25/16. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant Michael Kennedy, represented by Attorney Dina Santos, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 14, 2016.

2. By this stipulation, defendant now moves to continue the status conference until February 25, 2016, and to exclude time between January 14, 2016, and February 25, 2016, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendants desire additional time to review discovery, continue to conduct investigation, and to otherwise prepare for trial. Mr. Kennedy resides in Florida and Counsel needs time to travel to Florida to meet with Mr. Kennedy.

b) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Stipulation and Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

1

     c)     The government does not object to the continuance.

     d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

     e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 14, 2016, to February 25, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 12, 2015                                    BENJAMIN B. WAGNER
                                                                 United States Attorney

                                                                 /s/ Jill Thomas
                                                                JILL THOMAS
                                                               Assistant United States Attorney

Dated:  January 12, 2016                                    /s/   Dina L. Santos
                                                                DINA SANTOS, ESQ.
                                                                Attorney for Michael Kennedy

**ORDER**

IT IS SO FOUND AND ORDERED this 12th day of January, 2016.

_____
Troy L. Nunley
United States District Judge