BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-427 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MICHAEL KENNEDY, | DATE: April 28, 2016
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 28, 2016.

2. By this stipulation, defendant now moves to continue the status conference until June 16, 2016, at 9:30 a.m., and to exclude time between April 28, 2016, and June 16, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has provided over 80,000 pages of discovery in this case. Counsel for defendant requires additional time to review the discovery, travel to Florida to discuss the evidence with her client, and negotiate a proposed resolution.

   b) Counsel for defendant believes that failure to grant the above-requested

continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)        The government does not object to the continuance.

        d)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 28, 2016 to June 16, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 26, 2016                              BENJAMIN B. WAGNER
                                                          United States Attorney

                                                          /s/ JARED C. DOLAN
                                                          JARED C. DOLAN
                                                          Assistant United States Attorney

Dated:  April 26, 2016                              /s/ DINA SANTOS
                                                          DINA SANTOS
                                                          Counsel for Defendant
                                                          MICHAEL KENNEDY

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 26th day of April, 2016.

_____
Troy L. Nunley
United States District Judge