Dina L. Santos, SBN 204200
A Professional Law Corporation
55 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone:  (916) 447-0160
Facsimile:   (916) 447-2988

Attorney for:
MICHAEL KENNEDY

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:11-CR-427-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO AUGUST 25, 2016 |
| v. | |
| MICHAEL KENNEDY | |
| Defendant | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and Defendant Michael Kennedy, represented by Attorney Dina Santos, hereby stipulate as follows:

1.     By previous order, this matter was set for status on June 16, 2016.

2.     By this stipulation, defendant now moves to continue the status conference until August 25, 2016, at 9:30 a.m., and to exclude time between June 16, 2016, and August 25, 2016, under Local Code T4.  Plaintiff does not oppose this request.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     Counsel for defendant desires additional time to review the voluminous discovery, continue to conduct investigation, and to otherwise prepare for trial.  Mr. Kennedy resides in Florida and Counsel needs time to travel to Florida to review specific portions of the discovery with Mr. Kennedy in preparation for Mr. Kennedy's defense.

b)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into

1    account the exercise of due diligence.

2          c)      The government does not object to the continuance.

3          d)      Based on the above-stated findings, the ends of justice served by continuing the

4    case as requested outweigh the interest of the public and the defendant in a trial within the

5    original date prescribed by the Speedy Trial Act.

6          e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

7    et seq., within which trial must commence, the time period of June 16, 2016, to August 25, 2016,

8    inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

9    because it results from a continuance granted by the Court at defendant's request on the basis of

10   the Court's finding that the ends of justice served by taking such action outweigh the best interest

11   of the public and the defendant in a speedy trial.

12         4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

13   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

14   must commence.

15

16         IT IS SO STIPULATED.

17

18   Dated:  June 16, 2016                       BENJAMIN B. WAGNER
                                                 United States Attorney
19

20                                                /s/ Jared Dolan
                                                 JARED DOLAN
21                                               Assistant United States Attorney

22
     Dated:  June 16, 2016                        /s/   Dina L. Santos
23                                               DINA SANTOS, ESQ.
                                                 Attorney for Michael Kennedy
24

25

26

27

28

1

## **ORDER**

2

3    IT IS SO FOUND AND ORDERED this 14th day of June, 2016.

4

5

6

7    _____
     Troy L. Nunley

8    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28