1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  455 Capitol Mall, Suite 802
   Sacramento, CA 95814
3  Telephone:  (916) 447-0160
   Email:  defense@dinasantos.com
4

5  Attorney for:
   MICHAEL KENNEDY
6
                    IN THE UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,                CASE NO.  2:11-CR-427-TLN
10
                            Plaintiff,      STIPULATION REGARDING EXCLUDABLE
11                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
                      v.                     FINDINGS AND ORDER TO CONTINUE CASE
12                                           TO SEPTEMBER 29, 2016
   MICHAEL KENNEDY
13                          Defendant.

14
                              **STIPULATION**
15
        Plaintiff United States of America, by and through its counsel of record, and Defendant Michael
16
   Kennedy, represented by Attorney Dina Santos, hereby stipulate as follows:
17
        1.      By previous order, this matter was set for status on August 25, 2016.
18
        2.      By this stipulation, defendant now moves to continue the status conference until
19
   September 29, 2016, at 9:30 a.m., and to exclude time between August 25, 2016, and September 29,
20
   2016, under Local Code T4.  Plaintiff does not oppose this request.
21
        3.      The parties agree and stipulate, and request that the Court find the following:
22
        a)      Counsel for defendant desires additional time to review the voluminous
23
   discovery, continue to conduct investigation, and to otherwise prepare for trial.  Counsel for
24
   defendants believe that failure to grant the above-requested continuance would deny them the
25
   reasonable time necessary for effective preparation, taking into account the exercise of due
26
   diligence.
27
        b)      The government does not object to the continuance.
28

   Stipulation and Order Continuing Status Conf. &          1
   Excluding Time Periods Under Speedy Trial Act

1    c)    Based on the above-stated findings, the ends of justice served by continuing the

2    case as requested outweigh the interest of the public and the defendant in a trial within the

3    original date prescribed by the Speedy Trial Act.

4    d)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

5    et seq., within which trial must commence, the time period of August 25, 2016, to September 29,

6    2016 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

7    T4] because it results from a continuance granted by the Court at defendant's request on the basis

8    of the Court's finding that the ends of justice served by taking such action outweigh the best

9    interest of the public and the defendant in a speedy trial.

10    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

11    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

12    must commence.

13

14

15    IT IS SO STIPULATED.

16

17

18    Dated:  August 17, 2016                    BENJAMIN B. WAGNER
                                                 United States Attorney
19

20                                               /s/ Jared Dolan
                                                 JARED DOLAN
21                                               Assistant United States Attorney

22

23

24    Dated:  August 17, 2016                    /s/   Dina L. Santos
                                                 DINA SANTOS, ESQ.
25                                               Attorney for Michael Kennedy

26

27

28

Stipulation and Order Continuing Status Conf. &            2
Excluding Time Periods Under Speedy Trial Act

1

**ORDER**

2

IT IS SO FOUND AND ORDERED this 18th day of August, 2016.

3

4

5

_____

6

Troy L. Nunley
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

3