1 Dina L. Santos, SBN 204200
A Professional Law Corporation
2 455 Capitol Mall, Suite 802
Sacramento, CA 95814
3 Telephone: (916) 447-0160
Email: defense@dinasantos.com
4

5 Attorney for:
MICHAEL KENNEDY
6

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL KENNEDY<br>        Defendant. | CASE NO. 2:11-CR-427-TLN<br><br>APPLICATION FOR TRANSPORTATION ORDER; ORDER FOR TRANSPORTATION PURSUANT TO 18 U.S.C. SECTION 4285 |

Defendant Michael Kennedy was indicted in 2011 in the Eastern District of California and charged with mortgage fraud. At arraignment, the Court determined that Mr. Kennedy qualified for appointment of Counsel. Mr. Kennedy was ordered released from custody, placed on pre-trial supervision and allowed to return to his home in Florida.

Mr. Kennedy is scheduled for change of plea on September 29, 2016, before the Honorable Judge Troy L. Nunley in Sacramento, California in the Eastern District of California.

Application is hereby made for an Order for Transportation and subsistence allowance for Defendant, Michael Kennedy, for travel from Fort Lauderdale, Florida to Sacramento, California, and back to Fort Lauderdale, Florida, for entry of plea in the above referenced matter.

Mr. Kennedy has advised Counsel that he is without funds to travel to Sacramento, California and back to Fort Lauderdale, Florida. Counsel is requesting that Mr. Kennedy be allowed to fly to Sacramento on Wednesday, September 28, 2016, to meet with Counsel to prepare him for his change of plea and to return to Fort Lauderdale on September 30, 2016.

1

Dated:  September 23, 2016           /s/   Dina L. Santos
                                     DINA SANTOS, ESQ.
                                     Attorney for Michael Kennedy

## ORDER

TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named Defendant, Michael Kennedy, with transportation and authorized subsistence from Fort Lauderdale, Florida to Sacramento, California on September 28, 2016 and returning on September 30, 2016.

Mr. Kennedy is indigent and financially unable to travel to Sacramento, California and return to Fort Lauderdale, Florida with transportation expenses.  This request is authorized pursuant to 18 U.S.C. Section 4285.

IT IS SO FOUND AND ORDERED this 23rd day of September, 2016.

Troy L. Nunley
United States District Judge

2