1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  455 Capitol Mall, Suite 802
   Sacramento, CA 95814
3  Telephone: (916) 447-0160

4
   Attorney for:
5  Michael Kennedy

6              IN THE UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,                CASE NO. 2:11-CR-00427 TLN

10                    Plaintiff,             STIPULATION AND ORDER RESETTING
                                             BRIEFING SCHEDULE
11         v.

12 MICHAEL KENNEDY,
                      Defendant.
13

14                              **STIPULATION**

15     1.     It is hereby stipulated by and between Assistant United States Attorney Jared Dolan,

16 Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Michael Kennedy, that the

17 current date scheduled for January 26, 2017, be vacated and the matter be continued to this Court's

18 criminal calendar on  a.m. for judgment and sentencing on March 2, 2017, at 9:30 a.m.. The briefing

19 schedule will be amended as follows:

20     2.     Judgment and Sentencing Date:              March 2, 2017

21     3.     Motion for Correction of the Report        February 16, 2017

22     4.     Report shall be filed with the Court       February 9, 2017

23     5.     Counsels written objections to Probation   February 2, 2017

24     6.     Proposed Pre-Sentence Report Due to Counsel    January 19, 2017

25

26     IT IS SO STIPULATED.

27

28

Stipulation and Order Continuing J&S              1

| | | |
|---|---|---|
| 1 | Dated:  November 18, 2016 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | | |
| 3 | | /s/ Jared Dolan<br>JARED DOLAN |
| 4 | | Assistant United States Attorney |
| 5 | | |
| 6 | Dated:  November 18, 2017 | /s/   Dina L. Santos<br>DINA SANTOS, ESQ.<br>Attorney for Michael Kennedy |

**ORDER**

IT IS SO FOUND AND ORDERED this 18th day of November, 2016.

_____
Troy L. Nunley
United States District Judge

Stipulation and Order Continuing J&S          2