Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Michael Kennedy

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>MICHAEL KENNEDY,<br>                    Defendant. | CASE NO.  2:11-CR-00427 TLN<br><br>STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE |

**STIPULATION**

1. It is hereby stipulated by and between Assistant United States Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Michael Kennedy, that the current date scheduled for March 2, 2017, be vacated and the matter be continued to this Court's criminal calendar on  a.m. for judgment and sentencing on May 4, 2017, at 9:30 a.m.  The briefing schedule will be amended as follows:

   2. Judgment and Sentencing Date:              May 4, 2017
   3. Motion for Correction of the Report        April 27, 2017
   4. Report shall be filed with the Court       April 13, 2017
   5. Counsels written objections to Probation   April 6, 2017
   6. Proposed Pre-Sentence Report Due to Counsel  March 23, 2017

   IT IS SO STIPULATED.

Stipulation and Order Continuing J&S                  1

1 | Dated:  February 24, 2017                         BENJAMIN B. WAGNER
                                                      United States Attorney

3                                                      /s/ Jared Dolan
                                                      JARED DOLAN
                                                      Assistant United States Attorney

Dated:  February 24, 2017                              /s/   Dina L. Santos
                                                      DINA SANTOS, ESQ.
                                                      Attorney for Michael Kennedy

**ORDER**

IT IS SO FOUND AND ORDERED this 24th day of February, 2017.

_____
Troy L. Nunley
United States District Judge

Stipulation and Order Continuing J&S            2