1 | Dina L. Santos, SBN 204200
A Professional Law Corporation
2 | 455 Capitol Mall, Suite 802
Sacramento, CA 95814
3 | Telephone: (916) 447-0160

Attorney for:
Michael Kennedy

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL KENNEDY,<br>  Defendant. | CASE NO. 2:11-CR-00427 TLN<br><br>STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND CONTINUING JUDGMENT AND SENTENCING TO AUGUST 3, 2017. |

**STIPULATION**

1. It is hereby stipulated by and between Assistant United States Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Michael Kennedy, that the current date scheduled for June 8, 2017, be vacated and the matter be continued to this Court's criminal calendar on 9:30 a.m. for judgment and sentencing on August 3, 2017. The briefing schedule will be amended as follows:

2. Judgment and Sentencing Date: August 3, 2017
3. Motion for Correction of the Report  July 27, 2017
4. Report shall be filed with the Court  July 20 , 2017
5. Counsels written objections to Probation  July 13, 2017

IT IS SO STIPULATED.

Stipulation and Order Continuing J&S   1

| | | |
|---|---|---|
| Dated: May 30, 2017 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | /s/ Jared Dolan<br>JARED DOLAN<br>Assistant United States Attorney |
| Dated: May 30, 2017 | | /s/ Dina L. Santos<br>DINA SANTOS, ESQ.<br>Attorney for Michael Kennedy |

**ORDER**

IT IS SO FOUND AND ORDERED this 30th day of May, 2017.

_Troy L. Nunley_
Troy L. Nunley
United States District Judge