Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Michael Kennedy

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   v.<br><br>MICHAEL KENNEDY,<br>                 Defendant. | CASE NO. 2:11-CR-00427 TLN<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING TO AUGUST 24, 2017. |

**STIPULATION**

1.  It is hereby stipulated by and between Assistant United States Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Michael Kennedy, that the current date scheduled for August 3, 2017, be vacated and the matter be continued to this Court's criminal calendar on 9:30 a.m. for judgment and sentencing on August 24, 2017.

IT IS SO STIPULATED.

Dated: July 31, 2017
                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Jared Dolan
                                        JARED DOLAN
                                        Assistant United States Attorney

Dated: July 31, 2017
                                        /s/ Dina L. Santos
                                        DINA SANTOS, ESQ.
                                        Attorney for Michael Kennedy

**ORDER**

IT IS SO FOUND AND ORDERED this 31st day of July, 2017.

_____
Troy L. Nunley
United States District Judge

Stipulation and Order Continuing J&S         2