Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Michael Kennedy

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL KENNEDY,<br>　　　　　　Defendant. | CASE NO. 2:11-CR-00427 TLN<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING TO SEPTEMBER 28, 2017. |

**STIPULATION**

1. It is hereby stipulated by and between Assistant United States Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Michael Kennedy, that the current date scheduled for August 24, 2017, be vacated and the matter be continued to this Court's criminal calendar on 9:30 a.m. for judgment and sentencing on September 28, 2017.

IT IS SO STIPULATED.


Dated: August 18, 2017　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jared Dolan
　　　　　　　　　　　　　　　　　　　　　　　JARED DOLAN
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated: August 18, 2017　　　　　　　　　　　　/s/  Dina L. Santos
　　　　　　　　　　　　　　　　　　　　　　　DINA SANTOS, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Michael Kennedy

Stip. & Order Continuing J&S　　　　　　　　　　1

## ORDER

IT IS SO FOUND AND ORDERED this 18th day of August, 2017.

_____
Troy L. Nunley
United States District Judge