Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Michael Kennedy

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>MICHAEL KENNEDY,<br>      Defendant. | CASE NO. 2:11-CR-00427 TLN<br><br>STIPULATION AND ORDER CONTINUING JUDGEMENT AND SENTENCING TO NOVEMBER 16, 2017 |

**STIPULATION**

1. It is hereby stipulated by and between Assistant United States Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Michael Kennedy, that the current date scheduled for September 28, 2017, be vacated and the matter be continued to this Court's criminal calendar on 9:30 a.m. for judgment and sentencing on November 16, 2017, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: September 21, 2017         BENJAMIN B. WAGNER
                      United States Attorney

                      /s/ Jared Dolan
                      JARED DOLAN
                      Assistant United States Attorney

Dated: September 21, 2017         /s/ Dina L. Santos
                      DINA SANTOS, ESQ.
                      Attorney for Michael Kennedy

Stipulation and Order Continuing J&S      1

**ORDER**

IT IS SO FOUND AND ORDERED this 22nd day of September, 2017.

_____
Troy L. Nunley
United States District Judge