Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Michael Kennedy

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00427 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING J&S TO NOVEMBER 30, 2017. |
| v. | |
| MICHAEL KENNEDY, | |
| Defendant. | |

**STIPULATION**

1. It is hereby stipulated by and between Assistant United States Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Michael Kennedy, that the current date scheduled for November 16, 2017, be vacated and the matter be continued to this Court's criminal calendar on 9:30 a.m. for judgment and sentencing on November 30, 2017.

IT IS SO STIPULATED.

Dated: October 19, 2017
BENJAMIN B. WAGNER
United States Attorney

/s/ Jared Dolan
JARED DOLAN
Assistant United States Attorney

Dated: October 19, 2017
/s/ Dina L. Santos
DINA SANTOS, ESQ.
Attorney for Michael Kennedy

Stipulation and Order Continuing J&S 1

# ORDER

IT IS SO FOUND AND ORDERED this 19th day of October, 2017.

_____
Troy L. Nunley
United States District Judge