McGREGOR W. SCOTT
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-427 TLN |
| Plaintiff, | STIPULATION CONTINUING RESTITUTION HEARING; ORDER |
| v. | DATE: February 1, 2018 |
| MICHAEL KENNEDY, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for restitution hearing on February 1, 2018.

2. By this stipulation, the parties now moves to continue the restitution hearing until February 22, 2018 at 9:30 a.m, and to exclude time between February 1, 2018, and February 22, 2018 at 9:30 a.m.

IT IS SO STIPULATED.


Dated: January 30, 2018                                     McGREGOR W. SCOTT
                                                            United States Attorney

                                                             /s/ JARED C. DOLAN

STIPULATION CONTINUING RESTITUTION HEARING           1

JARED C. DOLAN
Assistant United States Attorney

Dated: January 30, 2018            /s/ DINA SANTOS
                                   DINA SANTOS
                                   Counsel for Defendant
                                   MICHAEL KENNEDY

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 30th day of January, 2018.

Troy L. Nunley
United States District Judge