| | |
|---|---|
| 1 | MCGREGOR SCOTT |
| | United States Attorney |
| 2 | JARED C. DOLAN |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-427 TLN |
| Plaintiff, | STIPULATION REGARDING RESTITUTION HEARING; ORDER |
| v. | |
| MICHAEL KENNEDY, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a restitution hearing on February 22, 2018.

2. By this stipulation, the parties request that the Court vacate the currently scheduled restitution hearing.

3. As of today's date, no victim has submitted complete documentation regarding their entitlement to restitution or the identity of the entity that suffered the final loss in this case. The parties agree that, should a victim submit the required documentation, the government may request that the matter of restitution be reopened.

IT IS SO STIPULATED.

Dated: February 20, 2018          McGREGOR SCOTT
                                  United States Attorney

                                  /s/ JARED C. DOLAN
                                  JARED C. DOLAN
                                  Assistant United States Attorney


Dated: February 20, 2018          /s/ Dina Santos
                                  DINA SANTOS
                                  Counsel for Defendant
                                  MICHAEL KENNEDY


## FINDINGS AND ORDER

IT IS SO ORDERED this 20th day of February, 2018.

Troy L. Nunley
United States District Judge