UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Respondent,<br><br>    v.<br><br>MICHAEL KENNEDY,<br><br>            Movant. | No.  2:11-cr-0427 TLN CKD P<br><br><br><br>ORDER |

Movant is proceeding pro se with a motion for habeas corpus relief under 28 U.S.C. § 2255.  While the motion is submitted to the court for decision, the court has determined it needs more information to issue findings and recommendations.  Pursuant to Rule 5 of the Rules Governing Section 2255 Cases, IT IS HEREBY ORDERED that Respondent order that the change of plea hearing occurring September 29, 2016 and sentencing hearing occurring November 30, 2017 be transcribed and that the transcripts be filed in this matter within 30 days.

Dated:  September 1, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
kenn0427.trn