UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MICHAEL SEAN KENNEDY,<br><br>Movant. | No. 2:11-cr-00427-TLN-CKD<br><br><br><br>**ORDER** |

Movant, a federal prisoner proceeding *pro se*, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (ECF No. 339.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 7, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 395.) Movant has filed objections to the findings and recommendations. (ECF No. 397.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 7, 2021, (ECF No. 395), are adopted in full;

2. Movant's request that his removal be stayed (ECF No. 359) is denied as moot;

3. Movant's January 10, 2020 motion for habeas corpus relief under 28 U.S.C. § 2255 (ECF No. 339) is denied;

4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

5. The Clerk of the Court is directed to close the companion civil case, No. 2:20-cv-00083-TLN-CKD, and to enter judgment.

**DATE:  November 29, 2021**

Troy L. Nunley
United States District Judge